**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:   **Anthony C. Rossano Jr.**
**Carla Rossano**

CASE NO   **13-10602**

CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$4,000.00** |
| Prior to the filing of this statement I have received: | **$4,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **2/7/2013** | **/s/ Michael A. Cibik, Esquire** |
| *Date* | *Michael A. Cibik, Esquire*          Bar No. |
| | Cibik and Cataldo, P.C. |
| | 1500 Walnut Street |
| | Suite 900 |
| | Philadelphia, PA 19102 |
| | ccpc@ccpclaw.com |
| | Phone: (215) 735-1060 / Fax: (215) 735-6769 |

---

**/s/ Anthony C. Rossano Jr.**
*Anthony C. Rossano Jr.*

**/s/ Carla Rossano**
*Carla Rossano*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In re  **Anthony C. Rossano Jr.**
      **Carla Rossano**

Case No.  **13-10602**

Chapter  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,060,000.00 | | |
| B - Personal Property | Yes | 5 | $66,850.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,480,958.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $36,510.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $226,666.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $8,562.68 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $8,464.14 |
| TOTAL | | 26 | $1,126,850.00 | $1,744,136.14 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

In re  **Anthony C. Rossano Jr.**
**Carla Rossano**

Case No.  **13-10602**

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Anthony C. Rossano Jr.**                                          Case No.   **13-10602**
     **Carla Rossano**                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **2/7/2013**_____          Signature  **/s/ Anthony C. Rossano Jr.**_____
                                                                                                                       **Anthony C. Rossano Jr.**

Date  **2/7/2013**_____          Signature  **/s/ Carla Rossano**_____
                                                                                                     **Carla Rossano**

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:   **Anthony C. Rossano Jr.**              CASE NO   **13-10602**
        **Carla Rossano**
                                                      CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Home Finance LLC, AS Servicer For | 419 Garden Rd ,Pittsgrove,NJ 08318 |
| Bankruptcy Department | |
| 3415 Vision Drive | |
| Columbus, OH 43219 | |
| xxxxxx3456 | |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

---

Property No.   2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| FDIC | REAL ESTATE PROP AND BUSINESSES |
| RECEIVER FOR NOVA BANK | |
| 1235 WESTLAKE DR | |
| BERWYN,PA 19312 | |
| xxxx0632 | |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:   **Anthony C. Rossano Jr.**                                          CASE NO   **13-10602**
         **Carla Rossano**
                                                                            CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| JOSEPH SERPENTE | 10 S Andover Ave,Margate ,NJ |
| 401 BLUEBEERY  COURT, | |
| MARLTON nj 08053 | |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

---

Property No.   4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Ocwen Loan Servicing | 1010 Haral PL, Cherry Hill, NJ 08034 |
| Attn: Cashiering Department | |
| P.O. Box 785053 | |
| Orlando, FL 32878-5053 | |
| xxxxxx1358 | |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:   **Anthony C. Rossano Jr.**                                    CASE NO   **13-10602**
              **Carla Rossano**
                                                                                CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

---

Property No.   5

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| STEWART FINANCIAL SERVICES<br>1980 POST OAK BLVD<br>HOUSTON TX 77056 | 2011 BMW 3X |

Property will be (check one):
- [ ] Surrendered        [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

---

Property No.   6

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Wachovia Mortgage Corporation<br>Attn: Bankruptcy Department<br>1100 Corporate Center Drive<br>Raleigh,  NC  27607<br>xxxxxx5074 | 10 S Andover Ave, Margate, NJ 08402 |

Property will be (check one):
- [x] Surrendered        [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

IN RE:   **Anthony C. Rossano Jr.**                                    CASE NO   **13-10602**
         **Carla Rossano**

                                                                       CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No.   7 | |
|---|---|
| **Creditor's Name:**<br>WELLS FARGO<br>PO BOX 348750<br>SACRAMENTO CA 45834<br>xxxxxxxxxxxx5373 | **Describe Property Securing Debt:**<br>10 S ANDOVER AVE MARGATE CITY,NJ 08402 |

Property will be (check one):
☑ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐          NO  ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:   **Anthony C. Rossano Jr.**                                          CASE NO   **13-10602**
**Carla Rossano**
                                                                            CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  2/7/2013                                    Signature   /s/ Anthony C. Rossano Jr.
                                                              **Anthony C. Rossano Jr.**

Date  2/7/2013                                    Signature   /s/ Carla Rossano
                                                              **Carla Rossano**

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

In re:   **Anthony C. Rossano Jr.**                                      Case No.   **13-10602**
         **Carla Rossano**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$93,598.00** | **2010** |
| **$44,203.00** | **2011** |
| | **2012** |

---

None
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| EAST COAST SALON SERVICES DC00624712 | CIVIL ACTION | CAMDEN COUNTY | JUDGMENT $12,046 8/7/12 |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

In re:   **Anthony C. Rossano Jr.**               Case No.   **13-10602** _____
      **Carla Rossano**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **STATE OF NEW JERSEY**<br>DJ09901412 | **CIVIL** | **NJ STATE SUPERIOR CT** | **TAX LIEN $3,501** |
| **JOSEPH SERPENTE V ATHONY ROSSANO**<br>ATL-L-936-07 | **CIVIL** | **ATLANTIC COUNTY** | **SETTLEMENT** |
| **ROLAND B HEWITT III  V ANTHONY ROSSANO**<br>10-01476GMB | **CIVIL** | **USBC  DISTRICT OF NEW JERSEY** | **PENDING** |
| **EMILIANI ENTERPRISES V ANTHONY ROSSANO**<br>DOCKET  DJ  144581-12 | **CIVIL** | **CAMDEN COUNTY  NJ SUPERIOR COURT** | |
| **COHEN,SEGLIAS,PALLAS,GREENHALL & FURMAN**<br>L-5226-12 | **CIVIL** | **CAMDEN COUNTY** | |
| **MaRKOVITZ,STARKMAN&LANGSTON CPA,LLC VS ANTHONY ROSSANO**<br>DOCKET L-2869-12 | **CIVIL** | **CAMDEN COUNTY** | |
| **CASAROW ET AL VS ROSSANO**<br>07-25685 ADV NO 10-25685 | **CIVIL** | | |

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:   **Anthony C. Rossano Jr.**                          Case No.   **13-10602**
         **Carla Rossano**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CIBIK & CATALDO,PC SUITE 900 1500 WALNUT STREET PHILADELPHIA, PA 19102 | 1/243/13 | 1/24/13 |

---

None
☑

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None


### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In re:   **Anthony C. Rossano Jr.**                                              Case No.   **13-10602**
         **Carla Rossano**                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In re:   **Anthony C. Rossano Jr.**                              Case No.   **13-10602** _____
         **Carla Rossano**                                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **BERNARDS OF MARLTON LLC 1619 RAVENSWOOD WAY CHERRY HILL, NJ 08003 FED ID 271422420** | **HAIR SALON** | **10/18/04 to present**<br><br>**in ch 11 filed june 20,2012 12-2551GB** |
| **b2 Salon LLC 926 HADDONFIELD RD CHERRY HILL NJ 08034 FED ID 271422420** | **Salon** | **10/22/09 to present**<br><br>**in a chapter 11 bankruptcy filed May 2, 2012 12-21589GB** |
| **Lexxa, Inc 22-3081983** | **HAIR SALON** | **6/19/01 to present**<br><br>**in ch 11 filed june 20,2012 12-25747GB** |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:   **Anthony C. Rossano Jr.**                    Case No.   **13-10602**
         **Carla Rossano**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **DON DEVLIN** | **DURING THE ENTIRE TWO YEAR PERIOD** |
| **807 BAY AVE** | **2010 TAX RETURN 9/26/11** |
| **SOMERS POINT NJ 08244** | |

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:   **Anthony C. Rossano Jr.**                                    Case No.   **13-10602**_____
         **Carla Rossano**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately
    preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
    bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this
    case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
    purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
    has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:  **Anthony C. Rossano Jr.**                                           Case No.   **13-10602**_____
        **Carla Rossano**                                                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **2/7/2013**_____          Signature _____ **/s/ Anthony C. Rossano Jr.**_____
                                                    of Debtor        *Anthony C. Rossano Jr.*

Date **2/7/2013**_____          Signature _____ **/s/ Carla Rossano**_____
                                                    of Joint Debtor  *Carla Rossano*
                                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re  **Anthony C. Rossano Jr.**                                        Case No.    **13-10602**
      **Carla Rossano**                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 10 S Andover Ave, Margate, NJ 08402 SHORE INVESTMENT PROPERTY SURRENDERING IN LIEU OF DEBT NO EQUITY | Fee Simple | J | $650,000.00 | $763,909.55 |
| 1010 Haral PL, Cherry Hill, NJ 08034 RENTAL INVESTMENT PROPERTY PROPERTY ONE TENANT SURRENDERING PROPERTY | Fee Simple | J | $234,000.00 | $368,760.86 |
| 419 Garden Rd ,Pittsgrove,NJ 08318 RENTAL INVESTMENT PROPERTY  UNOCCUPIED  SURRENDERING PROPERTY | Fee Simple | J | $176,000.00 | $378,872.99 |
| | | Total: | **$1,060,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Anthony C. Rossano Jr.**                                    Case No.   **13-10602**
       **Carla Rossano**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | SUN BANK CHECKING ACCOUNT | J | $300.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods | J | $8,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | H | $800.00 |
| | | Wearing Apparel | W | $1,100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PHOENIX AND PRUDENTIAL PHOENIX TERM LIFE PRUDENTIAL UNIVERSAL POLICY, BUT NO CASH VALUE | H | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Anthony C. Rossano Jr.**                                    Case No.   **13-10602**
          **Carla Rossano**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | LEXXA,  INC NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS AL CIARDI COUNSEL FOR DEBTOR OVER $100,000 BACK RENT, STATE TAXES $140,000 IRS $193,000 SECURED $60,000 | H | $5,000.00 |
| | | BERNARDS OF MARLTON LLC NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS AL CIARDI COUNSEL FOR DEBTOR 42,000 LANDLORD, $60,000 FDIC AND IRS $17,000 $13,000 STATE | H | $5,000.00 |
| | | b2 Salon LLC NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS AL CIARDI COUNSEL FOR DEBTOR LANDLORD ARREARS, $50,000 strategic secured, $6,000 state taxes | W | $10,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Anthony C. Rossano Jr.**                                    Case No.    **13-10602**
       **Carla Rossano**                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Anthony C. Rossano Jr.**                              Case No. **13-10602** _____
     **Carla Rossano**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 CADILLAC STX 120,000 MILES | H | $5,075.00 |
| | | 2011 BMW 3X | W | $31,575.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Anthony C. Rossano Jr.**　　　　　　　　　　　Case No.　**13-10602**　　　　　　　
　　　**Carla Rossano**　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____4_____ continuation sheets attached　　**Total  >**　　**$66,850.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Anthony C. Rossano Jr.**          Case No.  **13-10602**
     **Carla Rossano**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 10 S Andover Ave, Margate, NJ 08402 SHORE INVESTMENT PROPERTY SURRENDERING IN LIEU OF DEBT NO EQUITY | 11 U.S.C. § 522(d)(5) | $0.00 | $650,000.00 |
| SUN BANK CHECKING ACCOUNT | 11 U.S.C. § 522(d)(5) | $300.00 | $300.00 |
| Household Goods | 11 U.S.C. § 522(d)(3) | $8,000.00 | $8,000.00 |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | $800.00 | $800.00 |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | $1,100.00 | $1,100.00 |
| PHOENIX AND PRUDENTIAL PHOENIX TERM LIFE PRUDENTIAL UNIVERSAL POLICY, BUT NO CASH VALUE | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| LEXXA,  INC  NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS  AL CIARDI COUNSEL FOR DEBTOR OVER $100,000 BACK RENT, STATE TAXES $140,000 IRS $193,000 SECURED $60,000 | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| BERNARDS OF MARLTON LLC NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$20,200.00** | **$670,200.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Anthony C. Rossano Jr.**                   Case No.   **13-10602**
     **Carla Rossano**                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| AL CIARDI COUNSEL FOR DEBTOR<br><br>42,000 LANDLORD, $60,000 FDIC AND IRS $17,000<br>$13,000 STATE<br><br>b2 Salon LLC<br><br>NOMINAL VALUE-IN CHAPTER 11 CASE IN NEW JERSEY-JUDGE GLORIA BURNS | 11 U.S.C. § 522(d)(5) | $10,000.00 | $10,000.00 |
| AL CIARDI COUNSEL FOR DEBTOR<br><br>LANDLORD ARREARS, $50,000 strategic secured, $6,000 state taxes<br><br>2004 CADILLAC STX<br>120,000 MILES | 11 U.S.C. § 522(d)(2) | $3,450.00 | $5,075.00 |
| | 11 U.S.C. § 522(d)(5) | $1,625.00 | |
| 2011 BMW 3X | 11 U.S.C. § 522(d)(2) | $2,160.00 | $31,575.00 |
| | | **$37,435.00** | **$716,850.00** |

B6D (Official Form 6D) (12/07)

In re **Anthony C. Rossano Jr.**                        Case No.   **13-10602**
**Carla Rossano**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3456<br><br>**Chase Home Finance LLC, AS Servicer F**<br>**Bankruptcy Department**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**419 Garden Rd ,Pittsgrove,NJ 08318**<br>REMARKS:<br><br>VALUE: **$176,000.00** | | | | $318,872.99 | $142,872.99 |
| ACCT #: xxxx0632<br><br>**FDIC**<br>**RECEIVER FOR NOVA BANK**<br>**1235 WESTLAKE DR**<br>**BERWYN,PA 19312** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**UnKNOWN POTENTIAL DEFICIENCY**<br>COLLATERAL:<br>**REAL ESTATE PROP AND BUSINESSES**<br>REMARKS:<br>**SECURED ON ASSETS OF THE**<br>**CORPORATE ENTITY,BERNARDS OF**<br>**MARLTON LLC**<br>VALUE: **$410,000.00** | | | | $60,000.00 | $60,000.00 |
| ACCT #:<br><br>**JOSEPH SERPENTE**<br>**401 BLUEBEERY  COURT,**<br>**MARLTON nj 08053** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**JudgMENT LIEN**<br>COLLATERAL:<br>**10 S Andover Ave,Margate ,NJ**<br>REMARKS:<br><br>VALUE: **$650,000.00** | | | X | $160,000.00 | |
| ACCT #: xxxxxx1358<br><br>**Ocwen Loan Servicing**<br>**Attn: Cashiering Department**<br>**P.O. Box 785053**<br>**Orlando, FL 32878-5053** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1010 Haral PL, Cherry Hill, NJ 08034**<br>REMARKS:<br><br>VALUE: **$234,000.00** | | | | $308,760.86 | $74,760.86 |

Subtotal (Total of this Page) >   **$847,633.85**   **$277,633.85**

Total (Use only on last page) >

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**                    Case No.  **13-10602**
     **Carla Rossano**                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**STEWART FINANCIAL SERVICES 1980 POST OAK BLVD HOUSTON TX 77056** | | W | DATE INCURRED:<br>NATURE OF LIEN:<br>**CaR LOAN**<br>COLLATERAL:<br>**2011 BMW 3X**<br>REMARKS:<br><br>VALUE:          **$31,575.00** | | | | **$29,415.50** | |
| ACCT #: **xxxxxx5074**<br><br>**Wachovia Mortgage Corporation Attn: Bankruptcy Department 1100 Corporate Center Drive Raleigh,  NC  27607** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**10 S Andover Ave, Margate, NJ 08402**<br>REMARKS:<br><br>VALUE:          **$650,000.00** | | | | **$561,128.07** | |
| ACCT #: **xxxxxxxxxxxx5373**<br><br>**WELLS FARGO PO BOX 348750 SACRAMENTO CA 45834** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Home EQUITY LINE**<br>COLLATERAL:<br>**10 S ANDOVER AVE MARGATE CITY,NJ 08**<br>REMARKS:<br><br>VALUE:          **$650,000.00** | | | | **$42,781.48** | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$633,325.05**   **$0.00** |
| Total (Use only on last page) > | **$1,480,958.90**   **$277,633.85** |
| | (Report also on Summary of Schedules.) |

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Anthony C. Rossano Jr.**                                  Case No.  **13-10602**
        **Carla Rossano**                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Anthony C. Rossano Jr.**                                Case No.  **13-10602**
    **Carla Rossano**                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #: xxx-xx-xxx2/000<br>**STATE OF NEW JERSEY**<br>**DIVISION OF TAXATION**<br>**2 RIVERSIDE DR SUITE 200**<br>**CAMDEN NJ 08103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$36,510.35** | **$36,510.35** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$36,510.35** | **$36,510.35** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$36,510.35** | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$36,510.35** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re  **Anthony C. Rossano Jr.**                                        Case No.  **13-10602**
       **Carla Rossano**                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br>**926 HADDONFIELD ROAD LLC** <br>**458 THIRD AVE** <br>**CHERRY HIL NJ 08002** | | H | DATE INCURRED: <br>CONSIDERATION: <br>**BUSINESS LEASE/PERSONAL GAURANTEE** <br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxxxxx1657** <br>**ADVANCED CALL CENTER TECHNOLOGIES I** <br>**PO BOX 9091** <br>**GRAY TN 37615-9091** | | W | DATE INCURRED: <br>CONSIDERATION: <br>**LoRD AND TAYLOR CREDIT CARD** <br>REMARKS: | | | | **$430.00** |
| ACCT #: <br>**AL CIARDI,ESQUIRE** <br>**CIARDI, CIARDI &ASTIN** <br>**ONE COMMERCE SQUARE** <br>**SUITE 1930** <br>**2005 MARKET ST, PHILA, PA 19103** | | H | DATE INCURRED: <br>CONSIDERATION: <br>**Ch 11 attorney** <br>REMARKS: | | | | **Notice Only** |
| ACCT #: <br>**AL RUBIN** <br>**105 RUE DU BOIS** <br>**CHERRY HILL NJ 08003** | | H | DATE INCURRED: <br>CONSIDERATION: <br>**HeWITT,ET AL V ROSSANO,ET AL** <br>REMARKS: | | | | **Notice Only** |
| ACCT #: <br>**AR FINANCIAL CORP** <br>**2920 ROUTE 73 NORTH** <br>**MAPLE SHADE NJ 08052** | | H | DATE INCURRED: <br>CONSIDERATION: <br>**Notice Only** <br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxS095** <br>archer and greiner <br>one centennial square <br>haddonfield nj 08033- 0968 | | J | DATE INCURRED: <br>CONSIDERATION: <br>**Services** <br>REMARKS: | | | | **$2,339.90** |
| | | | | | | Subtotal > | **$2,769.90** |

_____**8**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**
     **Carla Rossano**

Case No. **13-10602**
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx-xx-xx419-3 <br> **BENEFICIAL FINANCE** <br> **PO BOX 17574** <br> **BALTIMORE MD 21297-1574** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $15,811.17 |
| ACCT #:  xxxxxxxxxx0924 <br> **BLOOMINGDALES** <br> **PO BOX 8061** <br> **MASON OH 45040-8061** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $823.39 |
| ACCT #:  xxxxxxxxx9475 <br> **Card Member Service** <br> **PO BOX 15153** <br> **Wilmington DE 19886-5153** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **ChASE CREDIT CARD** <br> REMARKS: | | | | $42,969.12 |
| ACCT #:  xxxxxxxxxxx5738 <br> **Card Member Service** <br> **PO BOX 15153** <br> **Wilmington DE 19886-5153** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Marlton-credit card** <br> REMARKS: | | | | $4,900.00 |
| ACCT #:  xxxxxxxxxxx8713 <br> **Card Member Service** <br> **PO BOX 15153** <br> **Wilmington DE 19886-5153** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Marlton-credit card** <br> REMARKS: | | | | $5,000.00 |
| ACCT #:  xxxxxx xxx -x-x36-07 <br> **CASTELLANI LAW FIRM LLC** <br> **450 TILTON ROAD** <br> **SUITE 245** <br> **NORTHFIELD NJ 08225** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **JOSEPH SERPENTE V ANTHONY ROSSANO** <br> REMARKS: | | | | $0.00 |

Sheet no. ____1____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $69,503.68

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony C. Rossano Jr.**   Case No.  **13-10602**
**Carla Rossano**   _____
   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citi**<br>**PO box 6500**<br>**Sioux Falls SD 57117-6500** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$30,000.00** |
| ACCT #:  **xxxxxxxxxxxxx3870**<br>**CITI CARDS**<br>**PO BOX 6167**<br>**SIOUX FALLS SD 57117-6167** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**MaCYS CREDIT CARD**<br>REMARKS: | | | | **$1,097.43** |
| ACCT #:  **xxxxxxxxxxxxx4350**<br>**CLIENT SERVICES INC**<br>**3451 HARRY S TRUMAN BLVD**<br>**ST CHARLES MO 63301-4047** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**CITIBANK  HOME DEPOT**<br>REMARKS: | | | | **$2,039.84** |
| ACCT #:<br>**COHEN SEGLIA GREENHALL &FURMAN PC**<br>**UNITED PLAZA 19TH FL**<br>**30 SOUTH 17TH STREET**<br>**PHILADELPHIA, PA 19103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**LeGAL SERVICES**<br>REMARKS: | | | | **$20,000.00** |
| ACCT #:  **xxxxxxxxxxxxxxx9450**<br>**CONVERGENT OUTSOURCING INC**<br>**10750 HAMMERLY RD SUITE 200**<br>**HOUSTON TX 77043** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**SPRINGLEAF**<br>REMARKS: | | | | **$19,113.78** |
| ACCT #:  **xxxxxx5416**<br>**DRANOFF**<br>**3180 CHESTNUT STREET**<br>**PHILADELPHIA, PA 19147** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business LEASE**<br>REMARKS:<br>**THIS IS A CORPORATE DEBT LISTED FOR PRECAUTIONARY PURPOSES ONLY** | | | | **Unknown** |

Sheet no. ____**2**____ of ____**8**____ continuation sheets attached to   Subtotal >   **$72,251.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

   Total >
   (Use only on last page of the completed Schedule F.)
   (Report also on Summary of Schedules and, if applicable, on the
   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**                          Case No. **13-10602**
     **Carla Rossano**                                              _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx0349**<br>**FDIC**<br>**RECEIVER FOR NOVA BANK**<br>**1235 WESTLAKE DR**<br>**BERWYN,PA 19312** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**UnKNOWN POTENTIAL DEFICIENCY**<br>REMARKS:<br>**SECURED ON CORPORATE ASSETS OF LEXXA, INC** | | | | **Unknown** |
| ACCT #:  **xx  xxxx81-12**<br>**FREEMAN & MINTZ P.A.**<br>**34 TANNER STREET**<br>**HADDONFIELD, NJ 08033-2482** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**EMILIANI ENTERPRISES**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxx47-12**<br>**FREEMAN & MINTZ P.A.**<br>**34 TANNER STREET**<br>**HADDONFIELD, NJ 08033-2482** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**EAST COAST SALON SERVICES INC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**GE CAPITAL RETAIL BANK**<br>**PO BOX 965002**<br>**ORLANDO FL 32896-5002** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**LoWES**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx  xxx.0005**<br>**GOLDBERG SEGALLA**<br>**902 CARNEGIE CENTER**<br>**SUITE 100**<br>**PRINCETON NJ 08540-6530** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**ROLAND B HEWITT**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**GOODMAN PROPERTIES**<br>**636 OLD YORK RD**<br>**2ND FL**<br>**JENKINTOWN, PA 19046** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business LEASE**<br>REMARKS:<br>**THIS IS A CORPORATE DEBT LISTED FOR PRECAUTIONARY PURPOSES ONLY** | | | | **Unknown** |

Sheet no. ____**3**____ of ____**8**____ continuation sheets attached to                                    Subtotal >          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                          (Use only on last page of the completed Schedule F.)
                                     (Report also on Summary of Schedules and, if applicable, on the
                                     Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**          Case No.   **13-10602**
        **Carla Rossano**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx0808**<br>**HOLLY RAVINE EQUITIES**<br>**14000 HAORZIN WAY**<br>**SUITE 100**<br>**MT LAUREL NJ 08054** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business LEASE/PERSONAL GAURANTY**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx-xxxx-xx85-40**<br>**HSBC**<br>**PO BOX 5235**<br>**CAROL STREAM IL 60197-5235** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**NEIMAN MARCUS**<br>REMARKS: | | | | **$321.00** |
| ACCT #:  **xxxx-xxxx-xxxx-1762**<br>**Hsbc card services**<br>**PO BOX 17051**<br>**Baltimore MD 21297-1051** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**I.R.S.**<br>**Special Procedures Branch**<br>**Insolvency Unit**<br>**P.O. Box 12051**<br>**Philadelphia, PA 19105-2051** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**JOSEPH MANGEL**<br>**2 SOUTH DERBY AVE**<br>**VENTNOR CITY NJ 08046** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**BALLOON NOTE**<br>REMARKS: | | | | **$20,000.00** |
| ACCT #:<br>**LANCE HUDAK**<br>**16 WESTMINSTER DR**<br>**VORRHEES NJ 08043** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**BALLOON NOTE**<br>REMARKS: | | | | **$10,000.00** |

Sheet no. _____**4**_____ of _____**8**_____ continuation sheets attached to                  Subtotal >     **$30,821.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**
**Carla Rossano**

Case No. **13-10602**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xx-xxxx6MGB**<br>**LEE HERMAN, ESQUIRE**<br>**426-428 EAST BALTIMORE PIKE**<br>**MEDIA, PA 19063** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**LeGAL SERVICES**<br>REMARKS: | | | | **$7,700.00** |
| ACCT #: **xxxx xx-xxxx6GMB**<br>**LEWIS ADLER,ESQUIRE**<br>**26 NEWTON AVE**<br>**WOODBURY NJ 08096** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**HeWITT V ROSSANO**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **x-xx69-12**<br>**MARK G WOLKOFF,ESQUIRE**<br>**3 EVES DRIVE SUITE 305**<br>**MARLTON NJ 08053** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**MaRKOVITZ,STARKMAN&LANGSTON CPA,LLC**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**MARKOWITZ,STARKMAN& LANGSTON CPC I**<br>**457 HADDONFIELD ROAD**<br>**CHERRY HILL NJ 08002** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting ServiceS**<br>REMARKS: | | | | **$18,000.00** |
| ACCT #: **x-xx26-12**<br>**MICHAEL D LIPLUMA,ESQUIRE**<br>**325 CHESTNUT STREET**<br>**SUITE 1109**<br>**PHILADELPHIA, PA 19106** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**CoHEN,SEGLIAS,PALLAS,GREENHALL&FURMAN**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxx4256**<br>**NATIONS RECOVERY CENTER INC**<br>**PO BOX 620130**<br>**ATLANTA GA 30362** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**ComENITY BANK**<br>REMARKS: | | | | **$1,472.41** |

Sheet no. ___**5**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$27,172.41**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**　　　　　　　　　　Case No. **13-10602**
**Carla Rossano**　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxxxxxx1008**<br>**NTIONWIDE CREDIT INC**<br>**2002 SUMMIT BLVD**<br>**SUITE 600**<br>**ATLANTA GA 30319** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**AM EXPRESS**<br>REMARKS: | | | | $7,071.22 |
| ACCT #:  **xxxxxxxxxxxx2902**<br>**Orchard Bank**<br>**PO Box 17051**<br>**Baltimore MD 21297-1051** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,700.00 |
| ACCT #:<br>**PAUL D ALLESANDRO**<br>**C/O MIKE FARRELL,ESQUIRE**<br>**718 ARCH STREET**<br>**SUITE 402N**<br>**PHILADELPHIA, PA 19106** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**CaSAROW ET AL V ROSSANO**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PSEG**<br>**80 PARK PLAZA**<br>**PO BOX 570**<br>**NEWARK NJ 07101** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $872.63 |
| ACCT #:  **xxxxx8442**<br>**SENTRY CREDIT INC**<br>**2809 GRAND AVE**<br>**EVERETT WA 98201** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**NoRDSTROM FSB**<br>REMARKS: | | | | $3,505.00 |
| ACCT #:  **xxxx xx-x1589**<br>**STRATEGIC**<br>**DAVID WOLFSON VP**<br>**1501 BROADWAY**<br>**SUITE 360**<br>**NEW YORK NY 10036** | | H | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **Unknown** |

Sheet no. ___**6**___ of _____**8**_____ continuation sheets attached to　　　　　　Subtotal >　　**$14,148.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**
     **Carla Rossano**

Case No. **13-10602**
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**STUART J ALTERMAN**<br>**ALTERMAN & ASSOCIATES LLC**<br>**8 SOUTH MAPLE AVE**<br>**MARLTON NJ 08053** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TROTH**<br>**795 ROUTE 70 EAST**<br>**SUITE J**<br>**MARLTON, NJ 08053** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business LEASE**<br>**THIS IS A CORPORATE DEBT LISTED FOR PRECAUTIONARY PURPOSES ONLY** | | | | **Unknown** |
| ACCT #:<br>**WILLIAM ROSANiO**<br>**po box 304**<br>**Bridgeport,Pa 19405** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**BALLOON NotE**<br>REMARKS: | | | | **$10,000.00** |
| ACCT #:<br>**Cibik and Cataldo, P.C.**<br>**1500 Walnut Street**<br>**Suite 900**<br>**Philadelphia, PA 19102** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**City of Philadelphia**<br>**Bankruptcy Unit**<br>**15th Floor**<br>**1515 Arch Street**<br>**Philadelphai, PA 19102** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Equifax**<br>**P.O. Box 740241**<br>**Atlanta, GA 30374** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. ____**7**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$10,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony C. Rossano Jr.**
**Carla Rossano**

Case No. **13-10602**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Experian** <br>**Profile Maintenance** <br>**P.O. Box 9558** <br>**Allen, Texas 75013** | | | DATE INCURRED: <br>CONSIDERATION: <br>**Required Notification** <br>REMARKS: | | | | |
| ACCT #: <br>**I.R.S.** <br>**P.O. Box 7346** <br>**Philadelphia, PA 19101-7346** | | | DATE INCURRED: <br>CONSIDERATION: <br>**Required Notification** <br>REMARKS: | | | | |
| ACCT #: <br>**PA Dept. of Revenue** <br>**Bankruptcy Division** <br>**Bureau of Compliance** <br>**P.O. Box 280946** <br>**Harrisburg, PA 17120-0946** | | | DATE INCURRED: <br>CONSIDERATION: <br>**Required Notification** <br>REMARKS: | | | | |
| ACCT #: <br>**Trans Union Corporation** <br>**Public Records Department** <br>**555 West Adams Street** <br>**Chicago, IL 60661** | | | DATE INCURRED: <br>CONSIDERATION: <br>**Required Notification** <br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$0.00**

Total > **$226,666.89**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Anthony C. Rossano Jr.**                                    Case No.  __13-10602_____
       **Carla Rossano**                                                             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Anthony C. Rossano Jr.**                                        Case No.   **13-10602**
     **Carla Rossano**                                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **b2 Salon LLC**<br>1619 RAVENSWOOD WAY<br>CHERRY HILL NJ 08003 | **WILLIAM ROSANiO**<br>po box 304<br>Bridgeport,Pa 19405 |
| **b2 Salon LLC**<br>1619 ravenswood way<br>cherry hill , nj 08003 | **LANCE HUDAK**<br>16 WESTMINSTER DR<br>VORRHEES NJ 08043 |
| **b2 Salon,llc**<br>1619 Ravenswood Way<br>Cherry Hill, NJ 08003 | **JOSEPH MANGEL**<br>2 SOUTH DERBY AVE<br>VENTNOR CITY NJ 08046 |
| **BERNARD'S HAIR DESIGN &SPA**<br>100 SPRINGDALE ROAD<br>CHERRY HILL NJ 08003 | **FREEMAN & MINTZ P.A.**<br>34 TANNER STREET<br>HADDONFIELD, NJ 08033-2482 |
| **LEXXA, INC**<br>100 SPRINGDALE RD<br>CHERRY HILL, NJ 08003 | **LEWIS ADLER,ESQUIRE**<br>26 NEWTON AVE<br>WOODBURY NJ 08096 |
| **LEXXA, INC.**<br>100 SPRINGDALE RD<br>CHERRY HILL NJ 08003 | **FREEMAN & MINTZ P.A.**<br>34 TANNER STREET<br>HADDONFIELD, NJ 08033-2482 |

B6I (Official Form 6I) (12/07)

In re  **Anthony C. Rossano Jr.**                                          Case No.  **13-10602**
     **Carla Rossano**                                                          _____
                                                       (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s):  Daughter  Age(s): 19 | | Relationship(s):  Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | OWNER | SALES |
| Name of Employer | BERNARDS OF MARLTON LLC | SIMONS MILLINERY MARTS INC |
| How Long Employed | | 2 MONTHS |
| Address of Employer | 100 SPRINGDALE RD | 128 S 17TH STREET |
| | CHERRY HILL NJ 08003 | PHILADELPHIA, PA 19103 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,250.00 | $644.74 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$2,250.00** | **$644.74** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $82.06 |
|      b. Social Security Tax | $0.00 | $0.00 |
|      c. Medicare | $0.00 | $0.00 |
|      d. Insurance | $0.00 | $0.00 |
|      e. Union dues | $0.00 | $0.00 |
|      f. Retirement | $0.00 | $0.00 |
|      g. Other (Specify) _____ | $0.00 | $0.00 |
|      h. Other (Specify) _____ | $0.00 | $0.00 |
|      i. Other (Specify) _____ | $0.00 | $0.00 |
|      j. Other (Specify) _____ | $0.00 | $0.00 |
|      k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$82.06** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$2,250.00** | **$562.68** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | | |
|     _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. LEXXA | $3,500.00 | $0.00 |
|     b. B2 | $2,250.00 | $0.00 |
|     c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$5,750.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$8,000.00** | **$562.68** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$8,562.68** | |

                                               (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Anthony C. Rossano Jr.**                                  Case No.   **13-10602**
        **Carla Rossano**                                                   (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,500.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $285.00 |
|           b. Water and sewer | $0.00 |
|           c. Telephone | $100.00 |
|           d. Other: | $190.00 |
| 3. Home maintenance (repairs and upkeep) | $55.00 |
| 4. Food | $575.00 |
| 5. Clothing | $168.00 |
| 6. Laundry and dry cleaning | $160.00 |
| 7. Medical and dental expenses | $82.00 |
| 8. Transportation (not including car payments) | $435.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $107.50 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $0.00 |
|           b. Life | $400.00 |
|           c. Health | |
|           d. Auto | $400.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $791.33 |
| Specify: INCOME TAX ST AND FED | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:   SEWART FIN. SERVICES | $588.31 |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $527.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$8,464.14** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                                          $8,562.68
b. Average monthly expenses from Line 18 above                                               $8,464.14
c. Monthly net income (a. minus b.)                                                           $98.54

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Anthony C. Rossano Jr.**
**Carla Rossano**

CASE NO   **13-10602**

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Eyewear/exams | **$54.00** |
| Newspapers, Periodicals, Books | **$25.00** |
| Postage | **$13.00** |
| Veterinary Expenses | **$22.00** |
| Pet food / supplies | **$60.00** |
| Car maintenance/inspections-2 cars | **$80.00** |
| Ez pass | **$200.00** |
| Accounting Fees | **$73.00** |
| **Total >** | **$527.00** |